

IN THE
TENTH COURT OF APPEALS

No. 10-12-00391-CR

JOSE EDUARDO CASTILLO,

Appellant

v.

THE STATE OF TEXAS,

Appellee

From the 272nd District Court
Brazos County, Texas
Trial Court No. 10-02592-CRF-272

**O R D E R**

The State's brief was due January 27, 2014. An amended motion for extension of time to file the State's brief was filed on January 28, 2014.[1] The State requested an extension of time until January 31, 2014 to file its brief. The State's amended motion is granted. Having granted the amended motion to the date requested, the State's brief was due January 31, 2014. It has not been filed.

---

[1] Because the amended motion supersedes the original motion, the original motion will be deactivated on the Court's docket, and thus, the Court will not rule on it.

Accordingly, the State's brief or a request for extension of time to file the brief must be filed within 28 days from the date of this order. The State is warned, however, that the failure to file a brief may result in confession of error by the State. *See State v. Fielder*, 376 S.W.3d 784, 785 (Tex. App.—Waco 2011, no pet.).

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Amended motion granted
Order issued and filed February 20, 2014